*in forma pauperis* granted. Certiorari denied. Reported below: 34 N. Y. 2d 163, 313 N. E. 2d 41.

No. 74–99. AMATO *v.* UNITED STATES. C. A. 5th Cir. Motion of Donald Lambert to join in petition and certiorari denied.

No. 74–119. WASHINGTON *v.* ODOM. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–161. CHESAPEAKE & OHIO RAILWAY CO. *v.* HEATER. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 74–240. SIMON *v.* DIXON ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 74–5015. DARROW *v.* UNITED STATES. C. A. 7th Cir. Motion of Cecil Dale Pierce to join in petition and certiorari denied.

No. 74–5078. FORROW *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied as untimely filed.

No. 74–5110. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied as untimely filed.

No. 74–5262. MORGAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied as untimely filed.

No. 74–5302. MORGAN *v.* CLARK, SHERIFF. C. A. 6th Cir. Certiorari denied as untimely filed.